
RECEIVED

OCT 3 0 2023

DEBORAH S. HUNT, Clerk

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

JAMES A. DEATON,                          :

    Petitioner-Appellant,            :            Case No. 23-3281

    v.                               :

JENNY HILDEBRAND,                         :

    Respondent-Appellee.             :

---

### MOTION OF APPELLANT JAMES A. DEATON
### TO COMPEL SERVICE AND REQUEST FOR EXTENSION OF TIME
### TO FILE REPLY BRIEF

---

Now comes the Petitioner-Appellant, James A. Deaton, appearing pro se and respectfully requests that this Court issue an order compelling Respondent-Appellee, Jenny Hildebrand, to serve a copy of Appellee's Brief in this action upon Deaton. Deaton further requests that this Court grant an extension of time of twenty-four days after service is completed for Appellant to file his Reply Brief.

Appellant is aware that Appellee filed her brief on or about October 6, 2023; however, Appellant has never been served with a copy of Appellee's Brief as required by Fed R App Proc. 25(b) and (c). Further, Appellant is incarcerated and pro se and without the means to access the Court's electronic filing system or to

1

obtain a copy of Appellee's brief by other means. As a result, Appellant is unable to prepare and file a Reply Brief within the time allotted by this Court's scheduling order.

Wherefore, Appellant respectfully requests that his Court issue an Order providing the following relief:

1) Order Appellee to serve a copy of her brief upon Appellant by a date certain, as determined by the Court; and,

2) Extend the filing deadline for Appellant to file a Reply Brief by 24 days after service of Appellee's Brief.

Respectfully submitted,

James A. Deaton, #726-445
Madison Correctional Institution
P.O. Box 740
London, OH 43140

Appellant, pro se

Certificate of Service

The undersigned certifies that a copy of the foregoing was served upon Ohio Attorney General Dave Yost at 30 E. Broad Street, Columbus, OH 43215 by regular U.S. Mail on this the 17ᵗʰ day of October, 2023.

2

JAMES A. DEATON 726445
P.O. Box 740
London Ohio 43140

RECEIVED
OCT 30 2023
DEBORAH S. HUNT, Clerk

US POSTAGE PITNEY BOWES
ZIP 43140 $001.59⁰
02 4IY
0000371211 OCT. 24, 2023

United States Court of Appeals
100 E. Fifth Street, Room 540
Cincinnati, Ohio
45202